IN THE SUPREME COURT OF THE STATE OF NEVADA

RLC FIRST, LLC; L'CHAIM, LLC; AND NEVADA LOAN SERVICES, LLC,
Appellants,
vs.
ARLINGTON TOWERS HOMEOWNERS ASSOCIATION, A NEVADA NONPROFIT COOPERATIVE CORPORATION,
Respondent.

No. 81839

FILED

JUL 27 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _Matt Penlin_

cc: Hon. Egan K. Walker, District Judge
Paul F. Hamilton, Settlement Judge
Thierman Buck LLP
Leach Kern Gruchow Anderson Song/Reno
Washoe District Court Clerk

21-21663